UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 19-_____ |
| | § | |
| MONTEREY RESOURCES, *et al.* | § | Chapter 11 |
| | § | Joint Administration |
| DEBTORS.[1] | § | |

## CONSENT OF THE MEMBERS
## TO ACT ON BEHALF OF MONTEREY RESOURCES LLC

In accordance with the provisions of the Limited Liability Company Agreement of Monterey Resources LLC, a Texas Limited Liability Company, ("Monterey" or "Company") and the applicable statutes governing the operation of Texas Limited Liability Companies, the undersigned, being the necessary number of Members required to agree to act to bind the company, and having acted with the necessary notice, do hereby consent to and authorize the following actions, effective as of May 13, 2019:

WHEREAS Monterey has two Members, Robert Imel, owning 75% of the Company and Richard Boyce, owning 25% of the Company (the "Members"); and,

WHEREAS the Members have informed themselves of matters necessary to make an informed decision, are acting in good faith and the honest belief that the actions taken herein, in the Members' business judgement, are in the best interest of the Company; and,

WHEREAS, acting on this basis, the Company has voted to file Chapter 11 Bankruptcy and to retain Jones Walker, LLP (the "Firm") as counsel for the Company to make such filing and to represent the Company thereafter as debtor's counsel to be paid as authorized by the court,

WHEREAS the Members believe it is in the best interest of the Company to file for bankruptcy relief under Chapter 11 of the Bankruptcy Code;

NOW, THEREFORE, BE IT RESOLVED BY THE MEMBERS THAT:

The foregoing Recitals are adopted as true. Robert Imel, Manager of Company, is authorized to sign all documents to effectuate the filing of a Chapter 11 bankruptcy and all subsequent documents which may be required as part of these proceedings, to appear and testify on behalf of the Company at all court proceedings, trustee interviews, and creditor meetings. Further, the Company is authorized to retain the Firm and to immediately pay all pre-filing attorney's fees and expenses plus all post-filing attorney's fees and expenses as approved by the court or as otherwise may be due and payable.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Monterey Resources, LLC (-7303) (Case No. 19-xxxx); Green Wheel, LLC (-8860) (Case No. 19-xxxx). Contemporaneously with the filing of these chapter 11 cases, the Debtors filed *an Emergency Motion for Order under Bankruptcy Rule 1015(b) Directing the Joint Administration of Chapter 11 Cases*. The Debtors' service address is 660 Camino Aquajito, Suite 300, Monterey, CA 93940.

{JX374105.2}

SO RESOLVED AND CONSENTED and witness our signatures this 13th day of May, 2019.

_____
MEMBER, ROBERT IMEL

_____
MEMBER, RICHARD BOYCE

{JX374105.2}