UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| IN RE: | § | Case No. 19-_____ |
|---|---|---|
| | § | |
| MONTEREY RESOURCES, *et al.* | § | Chapter 11 |
| | § | Joint Administration |
| DEBTORS.[1] | § | |

## NOTICE OF FILING OF LIST OF CREDITORS WHO HAVE THE 20 LARGEST UNSECURED CLAIMS AND ARE NOT INSIDERS

**PLEASE TAKE NOTICE** that Monterey Resources LLC and Green Wheel, LLC (collectively the "Debtors") hereby file the List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders ("List of 20"), attached hereto as Exhibit "1". At this time the Debtors do not know how much the unsecured creditors are owed and will amend and supplement the attached List of 20 once this information is obtained.

**Dated:** May 14, 2019

Respectfully submitted,

*/s/ Mark A. Mintz*
MARK A. MINTZ (#31878)
Jones Walker LLP
201 St. Charles Avenue, 51st Floor
New Orleans, Louisiana 70170
Telephone: (504) 582-8000
Facsimile: (504) 589-8260
Email: mmintz@joneswalker.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Monterey Resources LLC (-7303) (Case No. 19-xxxx); Green Wheel, LLC (-8860) (Case No. 19-xxxx). Contemporaneously with the filing of these chapter 11 cases, the Debtors filed *an Emergency Motion for Order under Bankruptcy Rule 1015(b) Directing the Joint Administration of Chapter 11 Cases.* The Debtors' service address is 660 Camino Aquajito, Suite 300, Monterey, CA 93940.

{JX374342.1}                                   1

Pending Pro Hac Vice

Kristina M. Johnson, MSB #9382
Jones Walker LLP
190 East Capitol Street, Suite 800 (39201)
Post Office Box 427
Jackson, Mississippi 39205-0427
Telephone: (601) 949-4785
Facsimile: (601) 949-4804
Email kjohnson@joneswalker.com

Joseph E. Bain, TX Bar No. 24085187
Jones Walker LLP
811 Main Street, Suite 2900
Houston, Texas 77002
Telephone: (713) 437-1800
Facsimile: (713) 437-1810
Email: jbain@joneswalker.com

**PROPOSED ATTORNEYS FOR THE DEBTORS**

# EXHIBIT "1"

# MONTEREY RESOURCES, *et al.* LIST OF 20 LARGEST UNSECURED CREDITORS

AEP
P.O. Box 371496
Pittsburgh, PA 15250-7496

B&S Electrical of Arklatex LLC
P.O. Box 56
Homer, LA 71040

Bayou Swabbing LLC
9860 Hwy. 80
Minden, LA 71055

Blackbeard Operating East LLC
200 N. Loraine St., Ste. 300
Midland, TX 79701

Bluetick Inc.
1501 Highwoods Blvd.
Greensboro, NC 27410

Boots Smith Completion Services LLC
P.O. Box 1987
Laurel, MS 39441

City of Shreveport Dept. of Water and Sewage
P.O. Box 30065
Shreveport, LA 71153-0065

Claiborne Electric Coop
P.O. Box 719
Homer, LA 71040-0719

Claiborne Parish Sheriff's Office
613 E. Main
Homer, LA 71040

Comstock Oil & Gas LP
5300 Town and Country Blvd.
Frisco, TX 75034

Degolyer Macnaughton
5001 Spring Valley Rd., #800E
Dallas, TX 75244

{JX374367.1}

Dependable Pump & Supply Inc.
P.O. Box 189
Haynesville, LA 71038

Don-Nan Pump & Supply
2525 N. Longview St.
Kilgore, TX 75662

Dykes Well Services
5329 Shreveport Blanchard Hwy.
Shreveport, LA 71107

First Insurance Funding
P.O. Box 7000
Carol Steam, IL 60197-7000

Furlow Trucking Services LLC
127 Acklin Ave.
Haynesville, LA 71038

Gardner Consultants Inc.
5927 Fairfield Ave.
Shreveport, LA 71106

Gulf Coast Chemical LLC
220 Jacqulyn St.
Abbeville, LA 70510

He-Ro Compression and Well Services LLC
249 Burkheimer Rd.
Saline, LA 71070

J-W Power Company
P.O. Box 205856
Dallas, TX 75230-5856

Lakeview Waterworks District
3205 Lorraine Ave.
Shreveport, LA 71107

Landworks Inc.
2600 S. Gessner Rd., #420
Houston, TX 77063

Locke Lord LLP
2200 Ross Ave., Ste. 2800
Dallas, TX 75201

Middle Fork Water System, Inc.
P.O. Box 169
Lisbon, LA 71048

O'NealGas, Inc.
P.O. Box 721
Choudrant, LA 71227-0721

Parish of Caddo
501 Texas St., #103
Shreveport, LA 71101

Parish of Webster
410 Main St.
Minden, LA 71055

Petro-Chem Operating Company
416 Travis St., Ste. 812
Shreveport, LA 71101

Philip N. Asprodites
4 Tano W.
Sante Fe, NM 87506

R.W. Shelton Services, Inc.
P.O. Box 306
McLeod, TX 75565

Rabalais Oil and Gas Inc.
817 Florence St.
Fort Worth, TX 76102

S&E Fabrications LLC
7065 Hwy. 545
Arcadia, LA 71001

Sky Vacuum Services LLC
4213 Sligo Rd.
Haughton, LA 71037

Sterling Commercial Credit - Arcadia Supply
P.O. Box 89
Arcadia, LA 71001

STI Trucking LLC
Dept #1605
P.O. Box 11407
Birmingham, AL 35246-1605

Summerfield Water System
P.O. Box 159
Summerfield, LA 71079

TDX Energy LLC
401 Edwards St., Ste. 1900
Shreveport, LA 71101

The Resource Group
5100 E. Skelly Dr., Ste. 405
Tulsa, OK 74135

TRC Rod Services of Oklahoma Inc.
7001 S. Eastern Ave.
Oklahoma City, OK 73149

Triple J Well Svc. Inc.
P.O. Box 443
Deberry, TX 75639

UP4 Energy Services LLC
P.O. Box 43
Farmerville, LA 71241

Walkmar Resources Inc.
P.O. Box 29
Minden, LA 71058

XTO Energy Inc.
110 W. 7th St.
Fort Worth, TX 76102

Yellow Jacket Oilfield Services
130 Corporate Dr.
Sibley, LA 71073

{JX374367.1}                                      4

19-50596 - #1-2  File 05/14/19  Enter 05/14/19 19:50:10  List of 20 Largest Creditors  Pg 7 of 7