UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 19-50596 |
| | § | |
| MONTEREY RESOURCES, *et al.* | § | Chapter 11 |
| | § | Joint Administration |
| DEBTORS.[1] | § | |

# NOTICE OF FILING OF UPDATED EXHIBIT B (BUDGET) TO MOTION FOR INTERIM AND FINAL ORDERS AUTHORIZING USE OF CASH COLLATERAL AND PROVIDING ADEQUATE PROTECTION

PLEASE TAKE NOTICE that, on May 14, 2019, Monterey Resources, LLC and Green Wheel, LLC (collectively, the **"Debtors"**) filed a *Motion for Interim and Final Orders Authorizing Use of Cash Collateral and Providing Adequate Protection* [Docket No. 5] (the **"Motion to Use Cash Collateral"**).

PLEASE TAKE FURTHER NOTICE THAT the Debtors hereby file an updated Exhibit B to the Motion to Use Cash Collateral (as defined therein, the **"Budget"**).

*[Continues on Next Page]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Monterey Resources, LLC (-7303) (Case No. 19-xxxx); Green Wheel, LLC (-8860) (Case No. 19-xxxx). Contemporaneously with the filing of these chapter 11 cases, the Debtors are filing a Motion for Order under Bankruptcy Rule 1015(b) Directing the Joint Administration of Chapter 11 Cases. The Debtors' service address is 660 Camino Aquajito, Suite 300, Monterey, California 93940.

{N3822662.1}

Dated: May 20, 2019

Respectfully submitted.

JONES WALKER LLP

By: /s/ *Mark A. Mintz*

MARK A. MINTZ (#31878)
201 St. Charles Avenue, 51st Floor
New Orleans, Louisiana 70170
Telephone: (504) 582-8000
Facsimile: (504) 589-8260
Email: mmintz@joneswalker.com

-and-

KRISTINA M. JOHNSON
(*Pro Hac Vice Application Forthcoming*)
190 E. Capitol Street, Suite 800
Jackson, Mississippi 39201
Telephone: (601) 949-4900
Facsimile: (601) 949-4804
Email: kjohnson@joneswalker.com

-and-

JOSEPH E. BAIN
(*Pro Hac Vice Application Forthcoming*)
811 Main Street, Suite 2900
Houston, Texas 77002
Telephone: (713) 437-1800
Facsimile: (713) 437-1810
Email: jbain@joneswalker.com

**PROPOSED ATTORNEYS FOR THE DEBTORS**

# EXHIBIT B

Monterey Resources LLC
Six Week Budget (05/13/2019 thru 07/07/19)

| Week Starting | | | 5/13/2019 | 5/20/2019 | 5/27/2019 | 6/3/2019 | 6/10/2019 | 6/17/2019 | 6/24/2019 | 7/1/2019 |
|---|---|---|---|---|---|---|---|---|---|---|
| **NYMEX Price for Commodities** | Oil | | | $ 62.00 | $ 62.00 | | | $ 60.00 | $ 60.00 | |
| | Gas | | | $ 2.60 | $ 2.60 | | | $ 2.50 | $ 2.50 | $ 2.50 |
| | NGL | | | $ 62.00 | $ 62.00 | | | $ 60.00 | $ 60.00 | |
| | | | | | | | | | | |
| **Differentials:** | Oil | | | $ (1.25) | | | | $ (1.25) | | |
| | Gas | | | -12.6% | -9.8% | | | | -12.7% | -9.7% |
| | NGL | | | -44.7% | | | | | -44.5% | |
| | | | | | | | | | | |
| **Net Prices:** | Oil | | | $ 60.75 | | | | $ 58.75 | | |
| | Gas | | | $ 2.27 | $ 2.35 | | | | $ 2.18 | $ 2.26 |
| | NGL | | | $ 34.27 | | | | | $ 33.31 | |
| | | | | | | | | | | |
| **Oil Sales (BBL)** | | | | 3,601 | | | | 5,194 | | |
| **Gross Oil Sales ($)** | | | | $ 218,749 | | | | $ 305,143 | | |
| **Oil Taxes ($)** | | | | $ 27,344 | | | | $ 38,143 | | |
| **Net Oil Revenue ($)** | | | | $ 191,405 | | | | $ 267,000 | | |
| | | | | | | | | | | |
| **Residue Gas Sales (MMBTU)** | | | | 47,731 | 17,053 | | | 57,314 | 17,617 | |
| **Gross Residue Gas Sales ($)** | | | | $ 108,493 | $ 40,013 | | | $ 125,116 | $ 39,750 | |
| **Gas Fees ($)** | | | | $ 27,595 | $ 6,316 | | | $ 32,681 | $ 6,522 | |
| **Net Gas Revenue ($)** | | | $ - | $ 80,898 | $ 33,698 | | | $ 92,435 | $ 33,228 | |
| | | | | | | | | | | |
| **NGL Sales (BBL)** | | | | 3,349 | - | | | 3,937 | - | |
| **NGL Revenue** | | | $ - | $ 114,770 | - | | | $ 131,154 | - | |
| | | | | | | | | | | |
| **Other Cash Revenue:** | | | | | | | | | | |
| **March Gas Production** | | | | $ 202,190 | $ 34,821 | | | | | |
| | | | | | | | | | | |
| **Total Cash Revenue** | | | $ - | $ 589,263 | $ 68,518 | $ - | $ - | $ 267,000 | $ 223,589 | $ 33,228 |
| | | | | | | | | | | |
| **Less:** | | | | | | | | | | |
| Lease Operating Expense | | | | | $ 30,234 | | | | $ 60,467 | |
| Royalty and Working Interest Payments | | | | | | | | | $ 164,445 | |
| Pre-Petition Royalty Payments (Jan, Feb, Mar) | | | | | | | | | | $ 193,000 |
| Pre-Petition Accounting (The Resource Group) | | | | | $ 35,779 | | | | | |
| Severence Taxes | | | | | | | | | $ 15,000 | |
| G&A Expenses (less Accruals) | | | | | $ 23,900 | | | | $ 47,800 | |
| Other Costs | | | | | | $ 10,000 | | | $ 20,000 | |
| Trustee Fees (1% of Disbursement) | | | | | | | | | | $ 6,006 |
| **Total Cash Expenses** | | | $ - | $ - | $ 89,913 | $ 10,000 | $ - | $ - | $ 307,712 | $ 199,006 |
| | | | | | | | | | | |
| **Net Cash** | | | $ - | $ 589,263 | $ (21,394) | $ (10,000) | $ - | $ 267,000 | $ (84,124) | $ (165,778) |
| **Beginning Cash:** | | | | | | | | | | |
| Washington Federal | | | $ 1,826 | | | | | | | |
| Prosperity Bank | | | $ 754 | | | | | | | |
| Citibank Lockbox | | | $ 351,878 | | | | | | | |
| **Cumulative Net Cash** | | | $ 354,458 | $ 943,721 | $ 922,327 | $ 912,327 | $ 912,327 | $ 1,179,327 | $ 1,095,203 | $ 929,425 |

Monterey Resources LLC
Monthly G&A Budget 05.19

|  |  | Budgeted |
|---|---|---|
| **Monthly G&A Before Compensation/Professional Fees:** |  |  |
| Rent |  | $ 5,000 |
| Accounting Software |  | $ 1,550 |
| Office Supplies & Miscellaneous |  | $ 1,500 |
| Storage Units |  | $ 1,250 |
| Other G&A (Postage, Telephone, etc) |  | $ 2,500 |
| **Total G&A Before Employees and Contractors** |  | **$ 11,800** |
|  |  |  |
| **Employee and Contractors:** |  |  |
| Robert Imel | President | $ 35,000 (1) |
| **Land/Legal:** |  |  |
| Philip Asprodites | Contract | $ 7,500 |
|  |  |  |
| **Operations:** |  |  |
| Max Arnold | Engineer | $ 11,000 |
| **Accounting:** |  |  |
| The Resource Group | Contract Accounting | $ 15,000 |
|  |  |  |
| **Total for Employees and Contractors** |  | **$ 68,500** |
|  |  |  |
| Health Insurance |  | $ 2,500 |
| **Total Salaries and Contractors** |  | **$ 71,000** |
|  |  |  |
| **Total G&A** |  | **$ 82,800** |
|  |  |  |
| **Less Accrued Amounts to Insiders** |  | **$ (35,000) (1)** |
|  |  |  |
| **Total G&A less Accrual** |  | **$ 47,800** |

(1) Payments to insiders will be accrued but shall not be paid without further order from the Court.

Monterey Resources LLC

Budgeted Monthly Lease Operating Costs

| Vendor | Description | Amount |
|---|---|---:|
| Hero Compression & Well Service | Pumping | $ 16,750 |
| Hero Compression & Well Service | Compression | $ 11,550 |
| JW Compression | Compression | $ 750 |
| Bluetic | Communication | $ 1,000 |
| Claiborne Electric | Electric | $ 2,400 |
| SWEPCO | Electric | $ 200 |
| Furlow Trucking | Water Hauling | $ 8,000 |
| Gardner Consultants | Charts | $ 1,600 |
| Sky Vacuum | Water Hauling | $ 1,000 |
| Walkmar Chemical | Chemicals | $ 7,500 |
| R.W. Shelton Services | Pipeline Maintenance | $ 500 |
| Greg Baxter | Hot Oil | $ 3,000 |
| S&E Fabricators | Roustabout | $ 2,500 |
| Aracadia Supply | Supplies | $ 1,000 |
| Dependable Pump & Supply | Supplies | $ 1,000 |
| First Finance | Insurance | $ 1,717 |
| | | $ 60,467 |