Julie A. Walker
MILLER MENTZER WALKER, PC
P.O. Box 130
100 N. Main St.
Palmer, Texas 75152
(972) 845-2222
(214) 764-6676 (facsimile)
ATTORNEYS FOR CREDITOR
J-W POWER COMPANY

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| MONTEREY RESOURCES, LLC, | § | CASE NO. 19-50596 |
| | § | |
| Debtor. | § | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

TO THE BANKRUPTCY CLERK AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that the undersigned law firm of Miller Mentzer Walker, a Professional Corporation, is appearing for J-W Power Company, creditor and party in interest in these proceedings, and pursuant to Section 1109(b) of the Bankruptcy Code and Rule 2002 of the Rules of Bankruptcy, respectfully requests that all notices which are required to be given in this case and all papers which are required to be served in this case be given to and served upon the undersigned attorney at the address and telephone number set forth below.

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, notice of any application, complaint, demand, hearing, motion, petition, settlement, pleading, or request, whether formal or informal,

**Notice of Appearance and Request for Service of Papers—Page 1**

whether written or oral, and whether transmitted or conveyed, by mail, delivery, telephone, telex or otherwise.

Respectfully submitted,

    */s/ Julie A. Walker*
Julie A. Walker
Texas Bar No. 24012970
MILLER MENTZER WALKER, P.C.
P.O. Box 130
100 N. Main St.
Palmer, Texas 75152
(972) 845-2222
(214) 764-6676 (facsimile)
jwalker@milmen.com

ATTORNEYS FOR J-W POWER COMPANY

## Certificate of Service

The undersigned hereby certifies that on the 20th day of May, 2019, a true and correct copy of the above and foregoing Notice of Appearance and Request for Service of Papers was mailed by first-class mail to the following persons at the addresses listed below or was delivered via the Court's electronic notice system:

Monterey Resources, LLC
660 Camino Aquajito, Ste 300
Monterey, CA 93940

Mark A. Mintz
Jones Walker LLP
201 St. Charles Avenue, 51st Floor
New Orleans, Louisiana 70170

Gail Bowen McCulloch
Office of the U.S. Trustee
300 Fannin, Suite 3196
Shreveport, LA 71101

    */s/ Julie A. Walker*
Julie A. Walker